IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DYANA THOMAS**                                                                            **PETITIONER**

**V.**                                                    **CIVIL ACTION NO. 4:25-CV-00151-MPM-DAS**

**ANGELENA JOHNSON**                                                  **RESPONDENT**

**ORDER**

This matter comes before the Court on the *pro se* Petitioner's Motion for Leave to File Consolidated Reply Out of Time. Doc. # 21. In particular, Petitioner requests an extension of time to file a consolidated reply in support of his motions to Compel Complete Rule 5 Production and for Leave to File a Supplemental Traverse and to Expand the Record (Rule 7) for Limited Purposes. *See* Doc. #s 16, 17. As cause, Petitioner represents that due to issues with the prison mail system, he lacked access to Respondent's responses until January 6, 2026, and asks that this Court allow him to file proposed consolidated reply which he has attached as an exhibit to the instant motion. *See* Doc. # 21-5. Upon due consideration, and for good cause shown, the Court finds the instant motion [21] should be **GRANTED**. Accordingly, the Clerk of Court is **DIRECTED** to file Doc. # 21-5 as a separate docket entry as Petitioner's Consolidated Reply in Support of the aforementioned motions and shall be filed as of January 12, 2025. Petitioner is advised that the Court will not entertain any future motions, whether new or pertaining to already-filed motions, until such time as the pending petition and motion to dismiss have been addressed and a ruling entered.

      **SO ORDERED**, this the 13th day of January, 2026.

                                                      /s/ David A. Sanders
                                                      **DAVID A. SANDERS**
                                                      **UNITED STATES MAGISTRATE JUDGE**