IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DYANA THOMAS                                                                                    PETITIONER

V.                                                        CIVIL ACTION NO. 4:25-CV-00151-MPM-DAS

ANGELENA JOHNSON                                                                          RESPONDENT

## ORDER

This matter comes before the Court on the *pro se* Petitioner's Motion to Compel Complete Rule 5 Production and for Leave to File a Supplemental Traverse. Doc. # 16. Petitioner requests that certain documents, the state court indictment and criminal docket sheet and related filings in particular, be included as a part of the state-court record in this cause. *See id.* Respondents oppose the motion and argue that the requested documents are already a part of the state-court record filed on December 15, 2025. *See* Doc. # 18. Upon review of the state-court record filed by Respondents, the Court agrees that the requested documents were included. The criminal docket sheet can be found in Docket entry # 14-1 at pages 39-41; the indictment can be found in Docket entry # 14-1 at page 49; and the record otherwise contains all files related to the state-court prosecution against Petitioner. *See* Doc. #s 14-1, 14-2, 14-3. As such, the Court finds that the instant motion [16] is not well-taken, and is, therefore, **DENIED**.

**SO ORDERED**, this the 20th day of January, 2026.

/s/ David A. Sanders
**DAVID A. SANDERS**
**UNITED STATES MAGISTRATE JUDGE**