IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DYANA THOMAS**                                                                                                **PETITIONER**

**V.**                                  **CIVIL ACTION NO. 4:25-CV-00151-MPM-DAS**

**ANGELENA JOHNSON**                                                        **RESPONDENT**

**ORDER**

This matter comes before the Court upon Petitioner's *pro se* Motion [17] to Expand the Record (Rule 7) for Limited Purposes. Specifically, Petitioner requests that he be allowed to include the state court indictment and affidavits from employees at Holmes County Central High School as a part of the record in this matter. *See id.* Rule 7 of the Rules Governing §2254 Cases provides that, "[i]f the petition is not dismissed, the judge *may* direct the parties to expand the record by submitting additional materials relating to the petition." (Emphasis added.) While the Rules permit the Court to order expansion of the record, they do not require it. Upon due consideration, the Court finds expansion of the record to be unnecessary in this instance.[1] Petitioner fails to demonstrate that submission of the affidavits of Holmes County Central High School employees will aid in the resolution of his claims nor that it is proper. Accordingly, Petitioner's motion [17] to expand the record is hereby **DENIED**.

**SO ORDERED**, this the 20th day of January, 2026.

                                                                           /s/ David A. Sanders
                                                                          **DAVID A. SANDERS**
                                                                           **UNITED STATES MAGISTRATE JUDGE**

---

[1] The Court notes that the indictment has already been made part of the record. *See* Doc. # 14-1 at 59.