IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DYANA THOMAS**                                                                                            **PETITIONER**

**V.**                                             **CIVIL ACTION NO. 4:25-CV-00151-RPC-DAS**

**ANGELENA JOHNSON**                                                                **RESPONDENT**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, Respondent's motion to dismiss [15] is **GRANTED**, and the instant petition is **DISMISSED WITH PREJUDICE**. A certificate of appealability is **DENIED**.

**SO ORDERED** this, the 17th day of February, 2026.

*/s/ Robert P. Chamberlin*
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**